B∅11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-295 |
| NIKA NAZAROVI<br>  a/k/a Nika Utiashvili<br>  a/k/a Mihail Atansov<br>  a/k/a Stefan Trifonov Zhelyazkov<br>MARTINS IGNATJEVS<br>  a/k/a Yordan Angelov Stoyanov<br>  a/k/a Aleksander Tihomirov<br>  a/k/a Svetlin Iliyanov Asenov<br>ALEKSANDRE KOBIASHVILI<br>  a/k/a Antonios Nastas<br>  a/k/a Ognyan Krasimirov Trifonov<br>DMITRIJS KUZMINOVS<br>  a/k/a Parush Gospodinov Genchev<br>VALENTINS SEVECS<br>  a/k/a Marek Jaswilko<br>  a/k/a Rafal Szczytko<br>DMITRIJS SLAPINS<br>ARMENS VECELS<br>ARTIOM CAPACLI<br>ION CEBANU<br>TOMASS TRESCINKAS<br>RUSLANS SARAPOVS<br>SILVESTRS TAMENIEKS<br>ABDELHAK HAMDAOUI<br>PETAR ILIEV | [UNDER SEAL]<br><br>**FILED**<br>SEP 29 2020<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

        AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order sealing the Indictment

returned in this case, and the Arrest Warrants issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

1. The United States has presented an indictment to the grand jury now in session in the City of Pittsburgh, Pennsylvania.

2. The aforesaid Indictment charges the above-named defendants with violating Title 18, United States Code, Section 1956(h).

3. The Indictment has been returned by the grand jury to this Honorable Court, and Arrest Warrants have been requested by the government.

4. The United States deems it prudent, in the interest of justice and integral to the integrity of the grand jury process that the Indictment returned by the grand jury and Arrest Warrants issued thereby, together with this Motion and Order to Seal, be sealed until further Order of Court to ensure that the arrest of the defendants not be compromised and that the secrecy of the grand jury proceedings be maintained to prevent disclosure of matters occurring before the grand jury.

5. Notwithstanding the Motion to Seal the Indictment and Arrest Warrants and this Court's Order issued pursuant thereto, the United States respectfully requests that the Clerk of Court be ordered to provide certified copies of the sealed Indictment and Arrest Warrants to the United States Attorney's Office, for dissemination to law enforcement and governmental personnel in the United States, and in any other country in which the defendant may be located, for purposes of initiating and effectuating extradition proceedings against the defendant.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order sealing the Indictment in this case, and the arrest warrants issued thereby, together with this Motion and Order, until further Order of Court. The United States further requests that the Clerk of Court be ordered to provide certified copies of the sealed Indictment and Arrest

Warrant to the United States Attorney's Office, for dissemination to law enforcement and governmental personnel in the United States, and in any other country in which the defendants may be located, for purposes of initiating and effectuating extradition proceedings against the defendants.

                                              Respectfully submitted,

                                              SCOTT W. BRADY
                                              United States Attorney

By:    *s/Charles A. Eberle*
        CHARLES A. EBERLE
        Assistant U.S. Attorney
        PA ID No. 80782