IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NIKA NAZAROVI
  a/k/a Nika Utiashvili
  a/k/a Mihail Atansov
  a/k/a Stefan Trifonov Zhelyazkov

Criminal No. 20-295
[UNDER SEAL]

ARRAIGNMENT PLEA

Defendant NIKA NAZAROVI

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)