IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKA NAZAROVI<br>  a/k/a Nika Utiashvili<br>  a/k/a Mihail Atansov<br>  a/k/a Stefan Trifonov Zhelyazkov<br>MARTINS IGNATJEVS<br>  a/k/a Yordan Angelov Stoyanov<br>  a/k/a Aleksander Tihomirov<br>  a/k/a Svetlin Iliyanov Asenov<br>ALEKSANDRE KOBIASHVILI<br>  a/k/a Antonios Nastas<br>  a/k/a Ognyan Krasimirov Trifonov<br>DMITRIJS KUZMINOVS<br>  a/k/a Parush Gospodinov Genchev<br>VALENTINS SEVECS<br>  a/k/a Marek Jaswilko<br>  a/k/a Rafal Szczytko<br>DMITRIJS SLAPINS<br>ARMENS VECELS<br>ARTIOM CAPACLI<br>ION CEBANU<br>TOMASS TRESCINKAS<br>RUSLANS SARAPOVS<br>SILVESTRS TAMENIEKS<br>ABDELHAK HAMDAOUI<br>PETAR ILIEV | Criminal No. 20-295<br>[UNDER SEAL]<br><br><br>FILED<br><br>SEP 29 2020<br><br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants NIKA NAZAROVI a/k/a Nika Utiashvili, a/k/a Mihail Atansov, a/k/a Stefan Trifonov Zhelyazkov, MARTINS IGNATJEVS a/k/a Yordan Angelov Stoyanov, a/k/a Aleksander Tihomirov, a/k/a Svetlin Iliyanov Asenov, ALEKSANDRE

KOBIASHVILI a/k/a Antonios Nastas, a/k/a Ognyan Krasimirov Trifonov, DMITRIJS KUZMINOVS a/k/a Parush Gospodinov Genchev, VALENTINS SEVECS a/k/a Marek Jaswilko, a/k/a Rafal Szczytko, DMITRIJS SLAPINS, ARMENS VECELS, ARTIOM CAPACLI, ION CEBANU, TOMASS TRESCINKAS, SILVESTRS TAMENIEKS, RUSLANS SARAPOVS, ABDELHAK HAMDAOUI and PETAR ILIEV, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 18, United States Code, Section 1956(h).

Recommended bond: Detention as to all defendants.

                                      Respectfully submitted,

                                      SCOTT W. BRADY
                                      United States Attorney

By:   *s/Charles A. Eberle*
        CHARLES A. EBERLE
        Assistant U.S. Attorney
        PA ID No. 80782