IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKA NAZAROVI<br>  a/k/a Nika Utiashvili<br>  a/k/a Mihail Atansov<br>  a/k/a Stefan Trifonov Zhelyazkov<br>MARTINS IGNATJEVS<br>  a/k/a Yordan Angelov Stoyanov<br>  a/k/a Aleksander Tihomirov<br>  a/k/a Svetlin Iliyanov Asenov<br>ALEKSANDRE KOBIASHVILI<br>  a/k/a Antonios Nastas<br>  a/k/a Ognyan Krasimirov Trifonov<br>DMITRIJS KUZMINOVS<br>  a/k/a Parush Gospodinov Genchev<br>VALENTINS SEVECS<br>  a/k/a Marek Jaswilko<br>  a/k/a Rafal Szczytko<br>DMITRIJS SLAPINS<br>ARMENS VECELS<br>ARTIOM CAPACLI<br>ION CEBANU<br>TOMASS TRESCINKAS<br>RUSLANS SARAPOVS<br>SILVESTRS TAMENIEKS<br>ABDELHAK HAMDAOUI<br>PETAR ILIEV | Criminal No. 20-295<br>[UNDER SEAL]<br><br>**FILED**<br><br>SEP 29 2020<br><br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

<u>ORDER</u>

AND NOW, to wit, this 29th day of September, 2020, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of defendants NIKA NAZAROVI a/k/a Nika Utiashvili, a/k/a Mihail Atansov, a/k/a Stefan Trifonov

Zhelyazkov, MARTINS IGNATJEVS a/k/a Yordan Angelov Stoyanov, a/k/a Aleksander Tihomirov, a/k/a Svetlin Iliyanov Asenov, ALEKSANDRE KOBIASHVILI a/k/a Antonios Nastas, a/k/a Ognyan Krasimirov Trifonov, DMITRIJS KUZMINOVS a/k/a Parush Gospodinov Genchev, VALENTINS SEVECS a/k/a Marek Jaswilko, a/k/a Rafal Szczytko, DMITRIJS SLAPINS, ARMENS VECELS, ARTIOM CAPACLI, ION CEBANU, TOMASS TRESCINKAS, SILVESTRS TAMENIEKS, RUSLANS SARAPOVS, ABDELHAK HAMDAOUI and PETAR ILIEV.

      Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Charles A. Eberle, AUSA